**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-4910**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

PAUL FRANKLIN HOOVER,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville. Terrence W. Boyle, Chief District Judge. (CR-96-21-BO)

─────────────

Submitted: June 8, 1999          Decided: January 20, 2000

─────────────

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

William Arthur Webb, Federal Public Defender, Edwin C. Walker, Assistant Federal Public Defender, Raleigh, North Carolina, for Appellant. Janice McKenzie Cole, United States Attorney, Anne M. Hayes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

    Paul Franklin Hoover appeals the district court's order re-voking his supervised release and sentencing him to eighteen months of imprisonment.  We have reviewed the record and the district court's opinion and find no reversible error.  See United States v. Hoover, No. CR-96-21-BO (E.D.N.C. Nov. 25, 1998).  Accordingly, we affirm.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2